IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAHEED TAALIB'DIN MADYUN,                                        ORDER

                       Plaintiff,                                             08-cv-31-bbc

     v.

ANGIE WOOD,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On May 23, 2008, judgment was entered in this case, dismissing plaintiff Shaheed Madyun's two claims against defendant Angie Wood for his failure to exhaust his administrative remedies. (His two claims were that Wood put plaintiff in segregation in retaliation for his activities as a jailhouse lawyer and because of his complaints about prison conditions, and that she failed to obtain medical care for plaintiff after learning he had I ngested pieces of razor blades that had been hidden in a piece of pie). Now before the court is plaintiff's submission dated June 24, 2008, titled "Motion seeking Clarification on Dismissal of Claims and Dismissal of Actual Cases, Motion seeking Order Declaring all Dismissal of Defendants and Cases a Final Order, Motion to Consolidate Cases for purpose of Appeal and Declaring the George Ruling which Divided the Single Case to Many a Final

1

Order" (Dkt. #44). In this triple motion, plaintiff asks for clarification whether the order dismissing his claims for failure to exhaust is a final order from which he may file a notice of appeal. In addition, he asks that this case be consolidated with "all other dismissed cases" so that he can file a single appeal, pay a single filing fee, and challenge this court's decision to apply Fed. R. Civ. P. 20 to his original action, Madyun v. Keller, 07-cv-318-bbc, and sever it into nine separate actions, including this one.

It should have been clear to plaintiff that the judgment of dismissal entered in this case on May 23, 2008 signaled that the case was over in this court and that he was free to file a notice of appeal. His purported need for clarification regarding this matter is disingenuous.

Plaintiff's request for consolidation of the severed cases to permit him to file a single appeal and incur a single filing fee needs no discussion. It will be denied.

Finally, it would not be appropriate for plaintiff to challenge the severance order in the context of this case. That order was entered in Madyun v. Keller, 07-cv-318-bbc. That is the case in which plaintiff may challenge the severance order on appeal.

ORDER

IT IS ORDERED that plaintiff's "Motion seeking Clarification on Dismissal of Claims and Dismissal of Actual Cases, Motion seeking Order Declaring all Dismissal of

2

Defendants and Cases a Final Order, Motion to Consolidate Cases for purpose of Appeal and Declaring the George Ruling which Divided the Single Case to Many a Final Order" (Dkt. #44) is DENIED.

Entered this 9th day of July, 2008.

BY THE COURT:

_____
BARBARA B. CRABB
District Judge